# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 16-19476-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

JENETT BRESIL

DEBTOR_____/

### NOTICE CONTINUING TRUSTEE'S MOTION TO DISMISS

**YOU ARE HEREBY NOTIFIED** that the Trustee's Motion to Dismiss Chapter 13 Case has been continued to **October 17, 2017** at **9:00 AM** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 4, MIAMI, FL 33128**.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice Continuing Trustee's Motion to Dismiss was mailed to those parties listed on this 22nd day of September, 2017.

_/s/ Nancy K. Neidich_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE CONTINUING TRUSTEE'S MOTION TO DISMISS
CASE NO.:  16-19476-BKC-RAM

## SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**DEBTOR**
JENETT BRESIL
21162 SW 112TH AVENUE, #103
MIAMI, FL  33189

**ATTORNEY FOR DEBTOR**
GUERBY NOEL, ESQUIRE
LEGAL SERVICES OF GREATER MIAMI, INC
4343 WEST FLAGLER ST
SUITE 100
MIAMI, FL  33134

**GUERBY NOEL, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.