# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:  CASE NO.: 16-19476-BKC-RAM
Chapter 13

JENETT BRESIL

DEBTOR
_____/

## NOTICE OF CONTINUANCE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on November 14, 2017 at 9:00 A.M., at the following location:

**C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL 33128**

to consider the following:

**Objection to Claim Filed By Debtor Jenett Bresil (Noel, Guerby) (43).**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Guerby Noel
GUERBY NOEL, ESQ.
Legal Services of Greater Miami, Inc.
Attorney for Debtor
4343 West Flagler Street, Suite 100
Miami, FL 33134

1

## **SERVICE LIST**

Nancy K. Neidich
Chapter 13 Trustee
E2c8f01@ch13herkert.com
Ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Maxine D Cheesman obo Creditor SP BCC, LP dba BCC APARTMENTS
mcheesman@cheesmanpa.com